Case 7:22-cr-01236   Document 24   Filed on 10/05/22 in TXSD   Page 1 of 3

53

United States District Court
Southern District of Texas
FILED

OCT 05 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No. M-22-1236-S1 |
| JOSE ANGEL HINOJOSA, JR. | § | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### Count One

From on or about June 5, 2017 through on or about May 9, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE ANGEL HINOJOSA, JR.**

not being a licensed dealer of firearms did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### Count Two

On or about February 20, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE ANGEL HINOJOSA, JR.**

knowingly made a false statement and representation with respect to information required to be kept in the records of Academy Sports and Outdoors, in McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of one (1) Smith & Wesson M&P 15-22, Caliber .22, in that the defendant falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that he was the actual buyer of the firearm described above, which statement

was intended and likely to deceive the federally licensed firearms dealer as to a fact material to the lawfulness of the sale of the firearm, when in truth and fact the defendant knew that those statements and representations were false and that he was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

### Count Three

From on or about June 5, 2017 through on or about May 9, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE ANGEL HINOJOSA, JR.**

did fraudulently and knowingly export and send from the United States or attempt to export and send from the United States to the United Mexican States, any merchandise, article, or object, to wit: multiple firearms including one (1) Glock Model 22 .40 caliber pistol, as defined by the Commerce Control List, without a license or written approval from the United States Department of Commerce, as required by Title 50, United States Code, Sections 4819 and Title 15, Code of Federal Regulations, Sections 730-774.

In violation of Title 18, United States Code, Sections 554(a) and 2.

### Count Four

On or about August 8, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE ANGEL HINOJOSA, JR.**

did knowingly possess material containing child pornography, involving a minor who had not attained 12 years of age, such images having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY